**In the Interest of E.F., K.F., and F.F., Respondent,**

**Juvenile Officer, Respondent,**

v.

**L.R. (Mother), Appellant,**

**M.R. (Father), Defendant; G.M. (Father), Defendant.**

**No. WD 59055.**

Missouri Court of Appeals,
Western District.

Submitted May 23, 2001.

Decided June 19, 2001.

E. David Swartzbaugh, Kansas City, MO, for Appellant.

John B. Gillis, Kansas City, MO, for respondent children.

Michael R. Fogal, Kansas City, MO, for Respondent Juvenile Officer.

Before EDWIN H. SMITH, P.J.; JAMES M. SMART, JR., and VICTOR HOWARD, JJ.

*Order*

PER CURIAM:

L.R., the natural mother of three children, appeals the trial court's termination of her parental rights in the children. She contends that the decision was against the weight of the evidence and was not supported by sufficient competent evidence that she had failed to rectify her circumstances and increase her parental skills to provide a proper home for the children.

The judgment is affirmed. Rule 84.16(b).